UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHERINE ARRINGTON,<br><br>*Plaintiff,*<br><br>v.<br><br>DEPARTMENT OF DEFENSE,<br><br>*Defendant.* | Civil Action No. 22-0928 (JEB) |

## JOINT STATUS REPORT

Pursuant to the Court's December 6, 2024, Minute Order, Plaintiff, Katherine Arrington, and Defendant, the United States Department of Defense ("DoD"), by and through undersigned counsel, hereby provide the Court with the following Joint Status Report in this Freedom of Information Act ("FOIA") and Privacy Act ("PA") litigation. In support of this report, the parties state as follows:

1. As previously reported, all relevant DoD subcomponents[1] completed what they believed to be their final productions in this matter as of May 12, 2023.[2] *See* May 26, 2023, Joint Status Report, ECF No. 20 ¶¶ 6d, 7.

---

[1] The relevant DoD subcomponents are: (1) DoD's Office of Inspector General ("OIG"); (2) the Defense Counterintelligence and Security Agency ("DCSA"), (3) DoD's Office of the Secretary ("OSD"), (4) the National Security Agency ("NSA"), and (5) the Department of the Air Force ("Air Force").

[2] DCSA, however, advised Plaintiff, though counsel, on September 28, 2023, that a supplemental production consisting of three documents previously withheld in full would be forthcoming. DCSA made that production on October 23, 2023. Additionally, on December 5, 2024, in response to questions raised by Plaintiff's counsel, DCSA advised that it anticipated making an additional supplemental production.

2. As also previously reported, after completing her review of Defendant's productions, Plaintiff reported that she has no issues with respect to OIG's productions. *See* Aug. 30, 2023, Joint Status Report, ECF No. 25 ¶ 8.

3. With respect to the remaining DoD subcomponents, the parties have been meeting and conferring over a series of months regarding draft *Vaughn* indices and search declarations produced by Defendant in an attempt to resolve or narrow any remaining issues prior to summary judgment briefing.

4. The parties now report that they intend to engage in settlement discussions to hopefully resolve this matter without the need for further litigation. In connection with these settlement discussions, Plaintiff anticipates providing Defendant with a fee demand.

5. The parties jointly propose that they file their next joint status report on or before May 5, 2025, to update the Court on the status of the parties' settlement discussions and, if necessary, to propose a summary judgment briefing schedule.

Dated: February 4, 2025                     Respectfully submitted,

By: */s/ Mark S. Zaid*                       EDWARD R. MARTIN, JR., D.C. Bar #481866
MARK S. ZAID, D.C. Bar #440532              United States Attorney
BRADLEY P. MOSS, D.C. Bar #975905
Mark S. Zaid, P.C.                           BRIAN P. HUDAK
1250 Connecticut Avenue, N.W.               Chief, Civil Division
Suite 700
Washington, D.C. 20036                       By: */s/ Diana V. Valdivia*
T: (202) 454-2809                                DIANA V. VALDIVIA, D.C. Bar #1006628
Mark@MarkZaid.com                                Assistant United States Attorney
Brad@MarkZaid.com                                601 D Street, N.W.
                                                 Washington, DC 20530
*Counsel for Plaintiff*                          (202) 252-2545
                                                 diana.valdivia@usdoj.gov

                                             *Attorneys for the United States of America*