UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KATHERINE ARRINGTON,

     Plaintiff,

   v.                                                                                Civil Action No. 22-0928 (JEB)

DEPARTMENT OF DEFENSE,

     Defendant.

## JOINT STATUS REPORT

Pursuant to the Court's February 5, 2025, Minute Order, the Parties to this action jointly

and respectfully submit this status report.  The Parties have tentatively worked out a settlement of

all remaining issues in this Freedom of Information Act and Privacy Act suit.  To afford them a

reasonable additional period to finalize the necessary documents, the Parties propose to file another

joint status report in thirty days—i.e., on or before June 4, 2025—if they have not dismissed this

matter by then.

Respectfully submitted,

LAW OFFICES OF MARK S. ZAID, P.C.

By: _____ */s/ Mark S. Zaid* _____
    MARK S. ZAID, D.C. Bar #440532
    BRADLEY P. MOSS, D.C. Bar #975905
    1250 Connecticut Avenue, NW,
    Suite 700
    Washington, DC 20036
    (202) 454-2809

*Attorneys for Plaintiff Katherine Arrington*

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By: _____ */s/ Brian P. Hudak* _____
    BRIAN P. HUDAK
    Chief, Civil Division
    U.S. Attorney's Office
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2500 (main)

*Attorney for the United States of America*

Dated:  May 5, 2025